UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             -against-

MARCUS JACKSON,

             Defendant.

24 CR 550 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

    The Court has been informed by the parties that they are ready to proceed to sentencing. Therefore, it is hereby

    ORDERED that the sentencing is rescheduled for February 7, 2025 at 10:30 am on consent of the parties.

Dated:  January 29, 2025
           White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2025