

11 Broadway, Suite 715    New York, New York 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

March 5, 2025

The Honorable Nelson S. Roman
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Via ECF and email

    Re:    *U.S. v. Marcus Jackson*, 24-cr-550 (NSR)

Dear Judge Roman,

    I respectfully request that you consider one additional character letter on behalf of my client Marcus Jackson. The letter was written by his friend Jamon Carter and was received by me this morning. I apologize for the lateness of this submission.

    Sincerely,

    _____/s/_____
    Matthew Galluzzo
    CJA counsel to Marcus Jackson

CC:
Assistant U.S. Attorney Justin Brooke


Enc.

1

Dear your honorable judge ,

I am writing the letter on the behalf of Marcus Jackson , who ive known for 8 years now. Despite all the hardship Marcus faces , he continues to a positive outlook on life . Marcus has been very instrumental in me and my children lives over the course of these years . Marcus's influence has inspired me to change my life . Marcus is a very supportive , respectful man with a lot on integrity .

  I urge you to the deeper in his life . He a great father with wonderful morals. A man who has a great support system. There are a lot of people depending on him waiting with open arms . Thank you ,for taking the time to read this letter  . And I pray that you take my words into consideration.

Sincerely,

Jamon Carter